

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*           *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*    *Fax (414) 297-1738*
*Milwaukee WI 53202*         *www.justice.gov/usao/wie*

March 1, 2023

Honorable Pamela Pepper
Chief Judge
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States v. Dante Coleman*, 04CR278
    Status Report on Revocation Hearing

Dear Judge Pepper,

      This matter is currently scheduled for a revocation hearing on March 7, 2023, at 11:30 a.m. After discussing this matter with defense counsel, the parties respectfully request the matter be adjourned. As grounds, the main reason for revocation in this matter is new criminal conduct charged in Milwaukee County Circuit Court in case number 2022CF1966. The latter case, however, has not yet resolved and is now scheduled for an evidentiary hearing on April 26, 2023. As such, the parties request a status report on the revocation be ordered sometime in May 2023.

                                               Respectfully,

                                               GREGORY J. HAANSTAD
                                               United States Attorney

BY:

                                               S/LISA WESLEY
                                             Assistant United States Attorney